IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTHA ACOSTA,** ) | **CV F 04-6491 AWI DLB** |
| ) | |
| **Plaintiff,** ) | **ORDER ADOPTING** |
| v. ) | **FINDINGS AND** |
| ) | **RECOMMENDATION AND** |
| **CITY OF SELMA**, ) | **DISMISSING ACTION** |
| ) | |
| **Defendant.** ) | (Document #8) |
| ) | |

      Plaintiff Martha Acosta ("Plaintiff") filed this action on November 1, 2004. When Plaintiff did not appear at the mandatory scheduling conference, timely serve her complaint, or appear at a hearing to show cause why this action should not be dismissed, on April 4, 2005, the Magistrate Judge filed Findings and Recommendations, recommending that this action be dismissed for Plaintiff's failure to comply with the court's orders and diligently prosecute this action.  The Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days.  Plaintiff did not file objections.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C), this court has conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court adopts the recommendation that the action be dismissed.  The court cannot manage its docket if it maintains cases in which a plaintiff fails to appear at court hearings and comply with court orders.  The public's interest in the expeditious resolution of litigation weighs heavily in favor of dismissal of such cases so that

the court's limited resources may be spent on cases in which the litigant is actually proceeding. Public policy favoring disposition of cases on their merits also has little or no weight in actions where the plaintiff lacks enough of an interest to comply with court orders. The availability of less drastic sanctions has been considered, but given that Plaintiff has failed to respond to the court's order to show cause, file objections to the Findings and Recommendations, or otherwise contact the court, the court has no effective sanction but to close the case.

Based upon the above, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 4, 2004, are ADOPTED IN FULL;
2. This action is DISMISSED for Plaintiff's failure to comply with a court order and failure to diligently prosecute this action; and
3. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

**Dated:  May 10, 2005**                    **/s/ Anthony W. Ishii**
9h0d30                                        UNITED STATES DISTRICT JUDGE

2